UNITED STATES DISTRICT COURT
Southern District of Indiana

| | |
|---|---|
| CHRIS CABRAL, et al. )<br>        Plaintiff(s), )<br>                            )<br>  vs.                              ) CASE NO. 3:13–cv–00139–RLY–WGH<br>                            )<br>CITY OF EVANSVILLE, INDIANA )<br>        Defendant(s) ) | |

## ORDER OF RECUSAL/DISQUALIFICATION

      In accordance with the provisions of Title 28 U.S.C. §455, the undersigned hereby disqualifies himself/herself in this matter. The Clerk of Court is directed to randomly reassign this matter to another Judge, pursuant to the court's reassignment procedures.

      IT IS SO ORDERED.


DATE: June 25, 2013                /s/ Judge Richard L. Young
                                         United States District Court
                                         Southern District of Indiana