UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| CHRIS CABRAL and NANCY TARSITANO )<br>        Plaintiffs,   )<br>                        )<br>    v.                   )<br>                        )<br>CITY OF EVANSVILLE, INDIANA )<br>        Defendant.   ) | Cause No. 3:13-cv-00139-SEB-WGH |

## **NOTICE OF APPEARANCE**

Comes now Clay W. Havill of Ziemer, Stayman, Weitzel & Shoulders, LLP, and enters his appearance on behalf of the Defendant, City of Evansville, Indiana.

Respectfully submitted,

*s/ Clay W. Havill*
Clay W. Havill #27149-49
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 N. W. First Street
P. O. Box 916
Evansville, IN 47706
Tel. No. (812) 424-7575
Fax No. (812) 421-5089
E-mail:   chavill@zsws.com

Attorneys for the Defendant.

## CERTIFICATE OF SERVICE

      I certify that on the 10th day of July, 2013, a copy of the foregoing **Notice of Appearance** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**Gavin Minor Rose, Esq.**
**grose@aclu-in.org**


*s/ Clay W. Havill*
Clay W. Havill